UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Neil Ramirez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br>Experian Information Solutions, Inc., and<br>American Honda Finance Corp.,<br><br>　　　　Defendants. | Case No. 1:21-cv-05249-ENV-PK<br><br>**Application Granted**<br>**SO ORDERED**<br>Brooklyn, New York<br>Dated: 5/5/2022<br><br>/s/Eric N. Vitaliano<br>Eric N. Vitaliano<br>United States District Judge<br><br>The clerk is directed to close this case. |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Neil Ramirez and Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and American Honda Finance Corp. stipulate that Plaintiff dismisses with prejudice the above-captioned action against all Defendants, with each party to bear its own attorney's fees and costs.

Dated: May 4, 2022

/s/ Caelyn T. Canace
Caelyn T. Canace
Law Firm of Caelyn T. Canace, PLLC
PO Box 414
Shoreham, NY 11786
Phone: (646) 455-1011
Fax: (646) 676-4002
Email: canacelawfirm@gmail.com

*Counsel for Plaintiff Neil Ramirez*

/s/ Boris Brownstein
Boris Brownstein
Clark Hill PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2923
Fax: (609) 785-2999
Email: bbrownstein@clarkhill.com

*Counsel for Defendant
Equifax Information Services LLC*

/s/ Rachel C. Karpoff
Rachel C. Karpoff
Jones Day
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3928
Fax: (212) 755-7306
Email: rkarpoff@jonesday.com

*Counsel for Defendant
Experian Information Solutions, Inc.*

/s/ Dafney Dubuisson Stokes
Dafney Dubuisson Stokes
Wong Fleming
821 Alexander Road
Suite 200
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: dstokes@wongfleming.com

*Counsel for Defendant
American Honda Finance Corp.*